GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

BRIAN E. KASPRZYK
Assistant U.S. Attorney
Pennsylvania State Bar No. 082701
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brian.kasprzyk@usdoj.gov
Attorneys for Plaintiff

FILED _____    _____ LODGED
_____ RECEIVED    _____ COPY

AUG 1 7 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>Trevor Lorenzo Bickham,<br>a.k.a.: Johnithan Mievel Powell,<br><br>    Defendant. | CR-21-00659-PHX-GMS (MHB)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a)<br>   and 924(a)(1)(D)<br>   (Dealing Firearms without a License)<br>   Count 1<br><br>   18 U.S.C. § 924(a)(1)(A)<br>   (False Statement During Purchase<br>   of a Firearm)<br>   Counts 2 - 13 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between May 10, 2020 and August 20, 2020, in the District of Arizona, Defendant TREVOR LORENZO BICKHAM, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2 - 13

On or about the dates listed below, in the District of Arizona, Defendant TREVOR LORENZO BICKHAM knowingly made false statements and representations to *American Munition & Ordnance, Inc.*, located in Queen Creek, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *American Munition & Ordnance, Inc.*, in that TREVOR LORENZO BICKHAM did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Record, stating his name was Johnithan Mievel Powell, when in truth and fact, it was not:

| COUNT | DATE |
|-------|------|
| 2 | 5/10/2020 |
| 3 | 5/11/2020 |
| 4 | 5/16/2020 |
| 5 | 5/25/2020 |
| 6 | 5/27/2020 |
| 7 | 6/5/2020 |
| 8 | 6/17/2020 |
| 9 | 6/22/2020 |
| 10 | 6/25/2020 |
| 11 | 7/11/2020 |

//

//

//

| COUNT | DATE |
|-------|------|
| 12 | 7/17/2020 |
| 13 | 7/28/2020 |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date:  August 17, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*S/*
BRIAN E. KASPRZYK
Assistant U.S. Attorney

- 3 -